"Masury testifies that certain blueprints, which are in evidence as Exhibits Nos. 5 and 6, were sent to Campbell, or to the firm of which he is a member; that he does not remember the date when they were made, but that he should imagine they were made a few days before they were sent with the letter (question 53), which letter he explains, in answers to questions 54 and 55, was preliminary to having a search made in the Patent Office. But the Exhibits Nos. 5 and 6 are undated. Masury cannot recall when they were actually made, and the letter claimed to have been sent with them is not produced.

———

Alfred F. MASURY and August H. Leipert, Appellants, v. Harvey W. BELL, Appellee.

(Court of Appeals of the District of Columbia. Submitted May 13, 1925. Decided June 1, 1925.)

No. 1755.

W. A. Redding and W. B. Greeley, both of New York City, and H. H. Semmes, of Washington, D. C., for appellants.

J. H. Milans and C. T. Milans, both of Washington, D. C., and Albert C. Nolte, of New York City (Edmund Quincy Moses, of New York City, on the brief), for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. The invention here is closely related to that involved in the preceding appeal, No. 1754, just decided. —— App. D. C. ——, 6 F.(2d) 708. The counts of this interference were originally in the other, but on motion of the senior party the interference was dissolved as to them, and the junior parties filed another application, in which these claims were made. Since the two cases have been submitted on a single record, the conclusion reached in the preceding appeal will be controlling here, as below, and the decision therefore is affirmed.

Affirmed.